# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEREK THOMASON, an individual, ) | 1:13-cv-0336 AWI BAM |
| Plaintiff, ) | ORDER VACATING HEARING DATE OF JUNE 17, 2013, AND TAKING MATTER UNDER SUBMISSION |
| v. ) | |
| CITY OF FOWLER, FOWLER CITY MANAGER DAVID ELIAS, an individual, POLICE CHIEF MICHAEL BRAND, an individual, AND TEN UNKNOWN NAMED EMPLOYEES OF THE CITY OF FOWLER, ) | |
| Defendants. ) | |

In this action for wrongful termination and damages, Defendants City of Fowler, et al. ("Defendants") have moved to dismiss the first, fourth, fifth and/or sixth claims for relief in the complaint of plaintiff Derek Thomason ("Plaintiff"). The matter was scheduled for oral argument to be held on June 17, 2013. The court has reviewed Defendants' motion, Plaintiff's response and Defendants' reply and the applicable law and has determined that Defendants' motion to dismiss is suitable for decision without oral argument. Local Rule 78-230(h).

Therefore, IT IS HEREBY ORDERED that the previously set hearing date of June 17, 2013, is VACATED, and no party shall appear at that time. As of June 17, 2013, the court will take the matter under submission and will thereafter render a decision.

IT IS SO ORDERED.

Dated:   June 14, 2013

_____
SENIOR  DISTRICT  JUDGE