UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEREK THOMASON,<br><br>        Plaintiff,<br><br>vs.<br><br>CITY OF FOWLER, FOWLER CITY MANAGER DAVID ELIAS, an individual, POLICE CHIEF MICHAEL BRAND, an individual, and TEN UNKNOWN NAMED EMPLOYEES OF THE CITY OF FOWLER,<br><br>        Defendants. | Case No.: 1:13-CV-00336-AWI-BAM<br><br>Assigned to HONORABLE ANTHONY W. ISHII<br><br>**ORDER RE STIPULATION TO CONTINUE INITIAL SCHEDULING CONFERENCE**<br><br>**Current Date:**<br>Hearing Date: September 12, 2013<br>Time: 8:30 a.m.<br>Courtroom: 8<br>Judge: Magistrate Judge Barbara A. McAuliffe<br><br>*[Filed separately but concurrently with Stipulation to Continue Initial Scheduling Conference]*<br><br>Action Filed: March 8, 2013 |

TO ALL PARTIES AND THEIR RESPECTIVE COUNSEL OF RECORD:

   After consideration of the Stipulation to Continue the Initial Scheduling Conference filed concurrently herewith, and good cause having been shown, IT IS HEREBY ORDERED THAT the initial Scheduling Conference, presently set for

LOZANO SMITH
7404 N. Spalding Avenue Fresno, CA 93720-3370
Tel 559-431-5600  Fax 559-261-9366

September 12, 2013, will be continued to November 4, 2013 at 9:00 a.m. in Courtroom 8 (BAM) before Magistrate Judge Barbara A. McAuliffe.

    IT IS SO ORDERED.

Dated:   August 7, 2013                    /s/ Barbara A. McAuliffe
                                                              UNITED STATES MAGISTRATE JUDGE

LOZANO SMITH
7404 N. Spalding Avenue Fresno, CA 93720-3370
Tel 559-431-5600   Fax 559-261-9366