UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEREK THOMASON,<br><br>   Plaintiff<br><br>   v.<br><br>CITY OF FOWLER, et al.,<br><br>   Defendant | CASE NO. 1:13-CV-336 AWI BAM<br><br>ORDER DISMISSING DEFENDANT DARRELL JAMGOCHIAN AND DENYING MOTION TO DISMISS AS MOOT<br><br>(Doc. Nos. 17, 37) |

On October 30, 2013, Plaintiff filed a notice of voluntary dismissal without prejudice as to Defendant Darrell Jamgochian pursuant to Federal Rule of Civil Procedure 41(a)(1). See Doc. No. 24.

Rule 41(a)(1), in relevant part, reads:

> (A) . . . the plaintiff may dismiss an action without a court order by filing: (i) a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment; or (ii) a stipulation of dismissal signed by all parties who have appeared. . . . (B) Unless the notice or stipulation states otherwise, the dismissal is without prejudice.

In *Wilson v. City of San Jose*, the Ninth Circuit explained:

> Under Rule 41(a)(1), a plaintiff has an absolute right to voluntarily dismiss his action prior to service by the defendant of an answer or a motion for summary judgment. Concha v. London, 62 F.3d 1493, 1506 (9th Cir. 1995) (citing Hamilton v. Shearson-Lehman American Express, 813 F.2d 1532, 1534 (9th Cir. 1987)). A plaintiff may dismiss his action so long as the plaintiff files a notice of dismissal prior to the defendant's service of an answer or motion for summary judgment. The dismissal is effective on filing and no court order is required. Id. . . . The filing of a notice of voluntary dismissal with the court automatically terminates the

action as to the defendants who are the subjects of the notice. Concha, 62 F.2d at 1506. Unless otherwise stated, the dismissal is ordinarily without prejudice to the plaintiff's right to commence another action for the same cause against the same defendants. Id. (citing McKenzie v. Davenport-Harris Funeral Home, 834 F.2d 930, 934-35 (9th Cir. 1987)). Such a dismissal leaves the parties as though no action had been brought. Id.

Wilson v. City of San Jose, 111 F.3d 688, 692 (9th Cir. 1997).

No answers to Plaintiff's complaint and no motions for summary judgment were filed prior to October 30, 2013. Because Plaintiff exercised his right to voluntarily dismiss his complaint without prejudice under Rule 41(a)(1) as to Darrell Jamgochian, Defendant Darrell Jamgochian was terminated, and he is no longer a party to this case. See Wilson, 111 F.3d at 692. Furthermore, Defendant Jamgochian's motion to dismiss is now moot.

Accordingly, IT IS HEREBY ORDERED that:

1. The Clerk shall correct the docket to reflect that Defendant Darrell Jamgochian has been TERMINATED from this matter as of October 30, 2013, in light of Plaintiff's Rule 41(a)(1) voluntary dismissal without prejudice; and

2. Defendant Jamgochian's motion to dismiss (Doc. No. 17) is DENIED as moot.

IT IS SO ORDERED.

Dated:   March 3, 2014                              _____
                                                    SENIOR DISTRICT JUDGE