**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DEREK THOMASON, an individual,<br><br>　　　　　　　Plaintiff,<br><br>　　vs.<br><br>CITY OF FOWLER, FOWLER CITY MANAGER DAVID ELIAS, an individual, POLICE CHIEF MICHAEL BRAND, an individual, and TEN UNKNOWN NAMED EMPLOYEES OF THE CITY OF FOWLER,<br><br>　　　　　　　Defendants. | **1:13-cv-0336 AWI BAM**<br><br>**ORDER ON PLAINTIFF'S *EX PARTE* REQUEST FOR CONTINUANCE PURSUANT TO F.R.C.P. 56(d)**<br><br>**Doc # 54** |

　　　　In this action for damages, defendants City of Fowler, et al. ("Defendants") moved for summary judgment on April 16, 2014.  On April 23, 2014, plaintiff Derek Thomason ("Plaintiff") filed an *ex parte* request for extension of time to file an opposition  pursuant to Rule 56(d)(2) of the Federal Rules of Civil Procedure.  Rule 56(d)(2) permits a party opposing summary judgment to request additional time to "obtain affidavits or declarations or to take discovery" where doing so is necessary to the development of facts to oppose the motion.  On November 14, 2013, the court issued an amended scheduling order, Docket Number 43, which set the cutoff date for non-expert discovery for July 10, 2014, and the cutoff date for expert discovery for  July 10, 2014.  Defendants contend that, even though Plaintiff has scheduled critical depositions for dates preceding the cutoff dates, the court may nonetheless deny

Plaintiff's Rule 56(d)(2) request if Plaintiff has been dilatory in scheduling and conducting depositions.  Defendants contend Plaintiff has been dilatory and Plaintiff denies the contention.

Being impacted as it is by one of the nation's highest per-judge caseloads, the court has absolutely no interest in accelerating the conduct of proceedings and has no reason at all to deny a party the full range of time for discovery that is specifically granted to it pursuant to the court's scheduling order.

It is hereby ORDERED that Plaintiff's *ex parte* request for continuance under Rule 56(d)(2) is GRANTED.  The court hereby ORDERS that Defendants' motion for summary judgment, Document Number 52 is STRICKEN as untimely filed.  Defendants may file any further motion for summary judgment on or after July 10, 2014.

IT IS SO ORDERED.

Dated:  May 14, 2014                           _____
                                                SENIOR  DISTRICT  JUDGE