IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEREK THOMASON, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>CITY OF FOWLER, FOWLER CITY MANAGER DAVID ELIAS, an individual, POLICE CHIEF MICHAEL BRAND, an individual, and TEN UNKNOWN NAMED EMPLOYEES OF THE CITY OF FOWLER,<br><br>Defendants. | 1:13-cv-0336 AWI BAM<br><br><br>**ORDER VACATING HEARING DATE OF JUNE 2, 2014.** |

On April 23, 2014, plaintiff Derek Thomason, ("Plaintiff") filed an *ex parte* motion for extension of time to file an opposition to Defendant's motion for summary judgment. The court granted Plaintiff's motion for extension of time and ordered that Defendant's motion for summary judgment be stricken as untimely filed. The court inadvertently failed to vacate the hearing date on Plaintiff's *ex parte* motion for summary judgment; an oversight the court now corrects.

THEREFORE, it is hereby ORDERED that the hearing on Plaintiff's *ex parte* motion for continuation of time to file and opposition to Defendant's motion to dismiss, currently scheduled to be held June 2, 2014, is hereby VACATED and no party shall appear at that time.

IT IS SO ORDERED.

Dated:  May 29, 2014                              _____
                                                                      SENIOR  DISTRICT JUDGE