UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEREK THOMASON,<br><br>      Plaintiff,<br><br>vs.<br><br>CITY OF FOWLER, FOWLER CITY MANAGER DAVID ELIAS, an individual, POLICE CHIEF MICHAEL BRAND, an individual, and TEN UNKNOWN NAMED EMPLOYEES OF THE CITY OF FOWLER,<br><br>      Defendants. | Case No.: 1:13-CV-00336-AWI-BAM<br><br>**ORDER RE STIPULATION TO AMEND THE SCHEDULING ORDER BY CONTINUING THE NON-DISPOSITIVE MOTION DEADLINE AND SETTING THE DISPOSITIVE MOTION FILING DEADLINE** |

Base on the parties' stipulation and good cause appearing, the Court GRANTS IN PART and DENIES IN PART the parties' request for continuance. IT IS HEREBY ORDERED that the Non-Dispositive Motion Filing Deadline in this matter be continued from June 18, 2014 to **July 23, 2014** and the Dispositive Motion Filing Deadline in this matter be continued from June 25, 2014 to **July 30, 2014**. Compliance with the non-dispositive motion filing deadlines requires motions to compel be filed and heard sufficiently in advance of the cutoff so that the Court may grant effective relief within the allotted discovery time. A parties' failure to have a discovery dispute heard sufficiently in advance of the discovery cutoff may result in denial of the motion as untimely. All other dates set in the Scheduling Order remain unchanged.

IT IS SO ORDERED.

Dated:   **June 13, 2014**          /s/ *Barbara A. McAuliffe*
                                    UNITED STATES MAGISTRATE JUDGE

- 2 -

[PROPOSED] ORDER TO CONTINUE
NON-DISPOSITIVE & DISPOSITIVE MOTION FILING DEADLINES

THOMASON v. CITY OF FOWLER, et al.
Case No.: 1:13-CV-00336-AWI-BAM