María G. Díaz, SBN: 220087
Kirby Fernando Cañon, SBN: 276414
**THE DIAZ LAW FIRM**
7045 N. Maple Ave., Suite 107
Fresno, California 93720
Telephone No. (559) 321-8880
Fax No. (559) 321-8878
Maria@mdiazlaw.com
Kirby@mdiazlaw.com

V. James DeSimone, SBN: 119668
Kunti Dudakia, SBN: 279090
**SCHONBRUN DESIMONE SEPLOW HARRIS & HOFFMAN LLP**
723 Ocean Front Walk
Venice, California 90291
Telephone No. (310) 396-0731
Facsimile No. (310) 399-7040
vjdesimone@gmail.com
kdudakia@sdshhlaw.com

Attorneys for Plaintiff, **DEREK THOMASON**

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEREK THOMASON, *an individual*,<br><br>　　　　　Plaintiff,<br>　　vs.<br><br>CITY OF FOWLER, a Public Entity; FOWLER CITY MANAGER DAVID ELIAS, *an Individual;* POLICE CHIEF MICHAEL BRAND, *an Individual;* and TEN UNKNOWN NAMED EMPLOYEES OF THE CITY OF FOWLER, inclusive.<br><br>　　　　　Defendants. | Case No.: 1:13-CV-00336-AWI-BAM<br><br>**ORDER ON THE PARTIES JOINT STIPULATION AND REQUEST FOR EXTENSION OF DISCOVERY CUT-OFF**<br><br>Action Filed: March 8, 2013<br>Assigned to the Hon. Anthony W. Ishii |

Having read and considered the foregoing, and good cause having been demonstrated to the satisfaction of the Court:

**IT IS HERBY ORDER ED** that the following be granted:

1. An extension of the non-expert discovery deadline of July 10, 2014 to July 17, 2014 for the limited purpose of taking the depositions of City Clerk Janine Davis, Mayor David Cardenas and Former City Councilman Rick Darling; and

2. An extension of the expert discovery deadline of July 16, 2014 to August 15, 2014 for the limited purpose of completing expert depositions.

All other dates shall remain as previously set.

IT IS SO ORDERED.

Dated:   **July 3, 2014**                             /s/ Barbara A. McAuliffe
                                                    UNITED STATES MAGISTRATE JUDGE