1

2

3    **IN THE UNITED STATES DISTRICT COURT**

4    **FOR THE EASTERN DISTRICT OF CALIFORNIA**

5

| | |
|---|---|
| 6    **DEREK THOMASON, an individual,** | **1:13-cv-0336 AWI BAM** |
| 7                            **Plaintiff,** | |
| 8                    **vs.** | |
| 9    **CITY OF FOWLER, FOWLER CITY** | **ORDER VACATING HEARING DATE** |
| 10   **MANAGER DAVID ELIAS, an individual,** | **OF SEPTEMBER 15, 2014, AND TAKING** |
|      **POLICE CHIEF MICHAEL BRAND, an** | **MATTER UNDER SUBMISSION** |
| 11   **individual, and TEN UNKNOWN NAMED** | |
|      **EMPLOYEES OF THE CITY OF** | |
| 12   **FOWLER,** | |
| 13                            **Defendants.** | |
| 14 | |

15

16          In this action for damages, defendants City of Fowler, et al. ("Defendants") have moved

17   for partial summary judgment as to the First Amended Complaint of plaintiff Derek Thomason

18   ("Plaintiff").  The matter was scheduled for oral argument to be held on September 15, 2014.

19   The court has reviewed Defendants' motion, Plaintiff's opposition, Defendants' reply and the

20   applicable law and finds the matter suitable for decision without oral argument.  Local Rule 78-

21   230(h)

22          THEREFORE, it is hereby ORDERED that the hearing on Defendants' motion, currently

23   scheduled to be held September 15, 2014, is hereby VACATED and no party shall appear at that

24   time.  As of September 15, 2014, the court will take the matter under submission and will

25   thereafter render its opinion.

26   IT IS SO ORDERED.

27   Dated:   September 10, 2014          _____

28                                        SENIOR  DISTRICT  JUDGE

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28