V. James DeSimone, SBN 119668
vjdesimone@sdshhlaw.com
Kunti D. Salazar, SBN 279090
ksalazar@sdshhlaw.com
Kaveh Navab, SBN 280235
Knavab.sdshh@gmail.com
**SCHONBRUN DESIMONE SEPLOW HARRIS & HOFFMAN LLP**
723 Ocean Front Walk
Venice, CA 90291
Telephone No.: (310) 396-0731
Facsimile No.: (310) 399-7040

Gregory A. Wedner, SBN 067965
Mark K. Kitabayashi, SBN 125822
mkitabayashi@lozanosmith.com
Jenell Van Bindsbergen, SBN 188540
jvanbindsbergen@lozanosmith.com
**LOZANO SMITH**
7404 N. Spalding Avenue
Fresno, CA 93720-3370
Tel: 559-431-5600
Fax: 559-261-9366

Attorneys for Defendants **CITY OF FOWLER, MICHAEL BRAND & DAVID ELIAS**

Maria G. Diaz, SBN 220087
Kirby Fernando Cañon, SBN 276414
**THE DIAZ LAW FIRM**
7045 N. Maple Ave., Suite 107
Fresno, CA 93720
Telephone: (559) 321-8880
Fax: (559) 321-8878
maria@mdiazlaw.com
kirby@mdiazlaw.com

**Attorneys for Plaintiff, DEREK THOMASON**

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEREK THOMASON, *an individual*, <br><br>   Plaintiff, <br><br> vs. <br><br> CITY OF FOWLER, *a public entity*; FOWLER CITY MANAGER DAVID ELIAS, *an individual*, POLICE CHIEF MICHAEL BRAND, *an individual* ; and  TEN UNKNOWN NAMED EMPLOYEES OF THE CITY OF FOWLER <br><br>   Defendants. | Case No.: 1:13-CV-00336-AWI-BAM <br><br> **ORDER ON STIPULATION TO CONTINUE DEADLINE TO FILE DISPOSITIONAL DOCUMENTS** <br><br> Assigned to Judge Ishii, and Magistrate Judge McAuliffe |

Notice of Settlement has been filed in this matter. Pursuant to Local Rule 160(b), the Court grants the Parties' request to extend the deadline to file dispositional documents up to and including January 5, 2015.

IT IS SO ORDERED.

Dated:   December 9, 2014                                    _____
                                                                              SENIOR DISTRICT JUDGE