V. James DeSimone, SBN 119668
vjdesimone@sdshhlaw.com
Kunti D. Salazar, SBN 279090
ksalazar@sdshhlaw.com
Kaveh Navab, SBN 280235
Knavab.sdshh@gmail.com
**SCHONBRUN DESIMONE SEPLOW HARRIS & HOFFMAN LLP**
723 Ocean Front Walk
Venice, CA 90291
Telephone No.: (310) 396-0731
Facsimile No.: (310) 399-7040

Gregory A. Wedner, SBN 067965
Mark K. Kitabayashi, SBN 125822
mkitabayashi@lozanosmith.com
Jenell Van Bindsbergen, SBN 188540
jvanbindsbergen@lozanosmith.com
**LOZANO SMITH**
7404 N. Spalding Avenue
Fresno, CA 93720-3370
Tel: 559-431-5600
Fax: 559-261-9366

Attorneys for Defendants **CITY OF FOWLER, MICHAEL BRAND & DAVID ELIAS**

Maria G. Diaz, SBN 220087
Kirby Fernando Cañon, SBN 276414
**THE DIAZ LAW FIRM**
7045 N. Maple Ave., Suite 107
Fresno, CA 93720
Telephone: (559) 321-8880
Fax: (559) 321-8878
maria@mdiazlaw.com
kirby@mdiazlaw.com

**Attorneys for Plaintiff, DEREK THOMASON**

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEREK THOMASON, *an individual*, <br><br>　　　　　Plaintiff, <br><br>　vs. <br><br>CITY OF FOWLER, *a public entity*; FOWLER CITY MANAGER DAVID ELIAS, *an individual*, POLICE CHIEF MICHAEL BRAND, *an individual* ; and  TEN UNKNOWN NAMED EMPLOYEES OF THE CITY OF FOWLER <br><br>　　　　　Defendants. | Case No.: 1:13-CV-00336-AWI-BAM <br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** <br><br>Assigned to Judge Ishii, and Magistrate Judge McAuliffe |

IT IS HEREBY STIPULATED by and between Plaintiff DEREK THOMASON, through his attorney of record, Schonbrun DeSimone Seplow Harris & Hoffman, LLP and the Diaz Law Firm, and Defendants CITY OF FOWLER, DAVID ELIAS AND MICHAEL BRAND, through their attorney of record, the law firm Lozano Smith, that the complaint and entire action in the above-captioned case be DISMISSED WITH PREJUDICE pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure.

Dated:  January 5, 2015         SCHONBRUN DESIMONE SEPLOW
                                HARRIS & HOFFMAN LLP


                                By:   /S/
                                    V. James DeSimone
                                    Kunti D. Salazar
                                    Attorneys for Plaintiff


Dated: January 5, 2015          LOZANO SMITH


                                By:   /S/
                                    Gregory A. Wedner
                                    Mark K. Kitabayashi
                                    Jenell Van Bindsbergen
                                    Attorneys for Defendants

**ORDER**

Based upon the instant STIPULATION, the Plaintiff's complaint and action in *Thomason v. City of Fowler, et. al.*, Case No. .: 1:13-CV-00336-AWI-BAM, is DISMISSED WITH PREJUDICE.

IT IS SO ORDERED.

Dated:   January 6, 2015                                   _____
                                                                                    SENIOR  DISTRICT  JUDGE